**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 97-2257**

---

In Re: JOHN PAUL TURNER,

Appellant.

---

**No. 97-2517**

---

In Re: JOHN PAUL TURNER,

Appellant.

---

Appeals from the United States District Court for the Western District of Virginia, at Roanoke.  Samuel G. Wilson, Chief District Judge.  (MISC-97-48-R)

---

Submitted:  January 22, 1998        Decided:  February 3, 1998

---

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

John Paul Turner, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's orders imposing a prefiling injunction and granting leave to proceed in forma pauperis on appeal. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. In re: Turner, No. MISC-97-48-R (W.D. Va. Sept. 12, 1997, and Oct. 24, 1997). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED